UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARCIA TROUTMAN on behalf of herself and all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>CONAGRA BRANDS, INC.<br><br>                    Defendant. | CASE NO.: 24-cv-00527<br><br>CLASS ACTION<br><br>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)<br><br>DEMAND FOR JURY TRIAL |

So ordered.

*[signature]*
2/15/24

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Marcia Troutman, by and through her undersigned counsel, hereby files this Notice of Voluntary Dismissal.

DATED: February 13, 2024                    Respectfully submitted,

Michael D. Braun
**KUZYK LAW, LLP**
2121 Avenue of the Stars, Ste. 800
Los Angeles, California 90067
Telephone: (213) 401-4100
Email: mdb@kuzykclassactions.com

Peter N. Wasylyk (pro hac vice pending)
**LAW OFFICES OF PETER N. WASYLYK**
1307 Chalkstone Avenue
Providence, RI 02908
Telephone: (401) 831-7730
Facsimile: (401) 861-6064
Email: pnwlaw@aol.com

*Counsel for Plaintiff*